UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALVARO PENA ROJAS and HUMERTO VILLEGAS,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL F. WALLAU ENTERPRISES, INC.; MICHAEL F. WALLAU,<br><br>    Defendants. | Case No. 15-CV-05002-NC<br><br>**ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING AND RESETTING INITIAL CASE MANAGEMENT CONFERENCE DATE** AS MODIFIED<br><br>FRCP Rule 6(b)(1); Civil L.R. 6-1; 6-2. |

The Court, having reviewed the parties' Stipulation To An Order Extending Time To File A Responsive Pleading, and good cause appearing, HEREBY ORDERS:

1. Defendants' deadline for filing a responsive pleading will be extended to May 11, 2016.

2. The Initial Case Management Conference is continued to July ~~19~~ 6, 2016 in the Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 9511394612 at 10:00 AM.

3. June ___15___, 2016 shall be the last day to:

- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plans;
- File ADR Certification signed by Parties and Counsel;
- File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

4. June __29__, 2016 shall be the last day to:

- File Rule 26(f) Report;
- Complete initial disclosures or state objection in Rule 26(f) Report; and
- File Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: April 12, 2016          By: _____
                               MAGISTRATE JUDGE NATHANAEL M.
                               COUSINS

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Nathanael M. Cousins]*

*[Seal: United States District Court, Northern District of California]*